**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Scott Duncan and Christy Knight, Defendants,

of whom Scott Duncan is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000488

––––––––––––––––

Appeal From Lancaster County
Debra A. Matthews, Family Court Judge

––––––––––––––––

Unpublished Opinion No. 2023-UP-048
Submitted February 1, 2023 – Filed February 2, 2023

––––––––––––––––

**AFFIRMED**

––––––––––––––––

Heather Vry Scalzo, of Offit Kurman, of Spartanburg, for Appellant.

Angela Michelle Killian, of Lancaster, for Respondent.

Susan Margaret Johnston, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Scott Duncan appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Duncan's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.